UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BARRY ENGLISH, )<br>)<br>Defendant. )<br>_____ ) | No. 1:24-cr-108-LM-TSM-01 |

INDICTMENT

The Grand Jury charges:

COUNT ONE
Hobbs Act Robbery
18 U.S.C. § 1951

On or about June 23, 2024, in the District of New Hampshire, the defendant,

BARRY ENGLISH,

did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, of Cumberland Farms, 106 Amherst Street, Nashua, New Hampshire, a business entity engaged in interstate commerce in violation of Title 18, United States Code, Section 1951.

COUNT TWO
Interstate Transportation of a Stolen Motor Vehicle
18 U.S.C. § 2312

On or about May 23, 2024, in the District of New Hampshire and elsewhere, the defendant,

BARRY ENGLISH,

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a gray Honda Fit bearing MA registration 523GX7 from the State of Massachusetts to the State of New Hampshire, knowing the same to be stolen, in violation of Title 18, United States Code, Section 2312.

COUNT THREE
Interstate Transportation of a Stolen Motor Vehicle
18 U.S.C. § 2312

On or about June 24, 2024, in the District of New Hampshire and elsewhere, the defendant,

BARRY ENGLISH,

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a black BMW SL 550i bearing NH registration SLP55OI from the State of Vermont to the State of New Hampshire, knowing the same to be stolen, in violation of Title 18, United States Code, Section 2312.

<u>COUNT FOUR</u>
Interstate Transportation of Stolen Money
18 U.S.C. § 2314

On or about June 24, 2024, in the District of New Hampshire and elsewhere, the defendant,

BARRY ENGLISH,

did unlawfully transport in interstate commerce stolen money in excess of $5,000, from the State of Vermont to the State of New Hampshire, knowing the money to be stolen, in violation of Title 18, United States Code, Section 2314.

NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses set forth in Counts One through Four of this Indictment, the defendant, Barry English, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense.

If any of the property described in Paragraph 1, above, as being forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of this Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

A TRUE BILL

Dated: November 20, 2024

/s/ FOREPERSON
FOREPERSON

JANE E. YOUNG
UNITED STATES ATTORNEY

By:   /s/ Tiffany A. Scanlon
Tiffany A. Scanlon
Assistant United States Attorney